Lester B. Ohlsen, Appellant, v. Willard J. Einspar,
Appellee.

Gen. No. 46,701.   (Abstract of Decision.)

First District, Second Division.

February 21, 1956.

Released for publication April 3, 1956.

Irwin, Deneke & Penner, for appellant; John F. Tyrrell,
and Daniel D. Glasser, for appellee.   Opinion by JUDGE
SCHWARTZ. Not to be published in full.